IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-1976-WDM-CBS

SHINN CAPITAL GROUP, INC.,

     Plaintiff,

v.

THE DENVER RESEARCH INSTITUTE, et al.,

     Defendants.

---

**ORDER**

---

Miller, J.

     This matter was before me for a show cause hearing on November 2, 2005.  For the reasons at the hearing, it is ordered:

1.    Discovery limited to the issues of governmental immunity raised in the defendants' motions to dismiss will be allowed.

2.    In case of discovery disputes, the parties shall each file a report, no longer than five pages, containing an explanation of the disagreements and legal authority for their position, no later than November 10, 2005.

3.    Plaintiff shall file a response to the defendants' motions to dismiss no later than November 23, 2005, and Defendants may file a reply no later than December 2, 2005.

4.    The parties shall set a hearing in December to resolve the motions to dismiss and the order to show cause.

5.    In order to preserve the rights of the parties and status of the property, and

pursuant to Colo. R. Civ. P. 104(f), no party shall destroy, use, transfer possession of, sell, or dispose of any property described in Plaintiff's Amended Complaint at page 6, ¶ 18, pending further hearing, with the exception that Defendant Dr. Shapiro may publish an abstract relating to his research on Tubercin.

DATED at Denver, Colorado, on November 3, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge