IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01976-WDM-CBS

SHINN CAPITAL GROUP, INC.,

    Plaintiff,

v.

THE DENVER RESEARCH INSTITUTE; et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice as to defendants United States Veterans Medical Center, a/k/a The VA; The Regents of the University of Colorado, a body corporate, on behalf of the University of Colorado Health Sciences Center; and Dr. Leland Shapiro only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on March 1, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL