IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01976-WDM-CBS

SHINN CAPITAL GROUP, INC.,

    Plaintiff,

v.

THE DENVER RESEARCH INSTITUTE, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF DEFENDANT THE DENVER RESEARCH INSTITUTE ONLY**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal Without Prejudice as to defendant The Denver Research Institute in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed without prejudice as to The Denver Research Institute only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on March 1, 2006.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL