IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01976-WDM-CBS

SHINN CAPITAL GROUP, INC.,

    Plaintiff,

v.

THE DENVER RESEARCH INSTITUTE, et al.,

    Defendants,

and

HARD TO TREAT DISEASES, INC.,

    Intervenor,

v.

SHINN CAPITAL GROUP, INC.,

    Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal of Defendant Shinn Capital Group, Inc. Without Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the amended intervenor complaint against Shinn

is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.  All claims having been resolved, this case is now closed.

DATED at Denver, Colorado, on April 10, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge